receipt # 72508
Ck #117

U.S. BANKRUPTCY COURT
FILED
2010 OCT 12 PM 2:27
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
AT YOUNGSTOWN

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 09-41354 |
| | ) | |
| BETH R. SCHEESLEY | ) | |
| | ) | JUDGE KAY WOODS |
| | ) | |
| Debtor(s) | ) | DIVIDENDS LESS THAN $5.00 |
| | ) | |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to 11 U.S.C. §347 and Bankruptcy Rule 3010 the herein Trustee has dividend distribution less than $5.00 and has submitted a check herewith payable to Clerk, U.S. Bankruptcy Court, in the amount of $2.49.

The dividend relates to the following claimants:

> Recovery Management Systems Corp.
> For GE Money Bank
> dba Walmart
> 25 SE 2nd Ave, Suite 1120
> Miami, FL 33131

$2.49

**TOTAL:** $2.49

2. My Trustee's check for $2.49 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

DATE: October 7, 2010

/s/ Michael D. Buzulencia
MICHAEL D. BUZULENCIA
Chapter 7 Trustee
150 E. Market St.
Suite 300
Warren, OH 44481
(330) 392-8551
Fax no. : (330) 392-7030
buzulenciatrustee@mahoningvalleylaw.com
OHIO BAR REG. NO. 0015291

CERTIFICATE OF SERVICE

The U.S. Bankruptcy Court served the foregoing Transmittal of Unclaimed funds to the following parties:

U.S. Trustee
Howard M. Metzenbaum U.S. Court House
201 Superior Ave., Room 441
Cleveland, OH 44114

/s/ Michael D. Buzulencia
MICHAEL D. BUZULENCIA
CHAPTER 7 TRUSTEE